IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ZACHARY KRIESEL,

    Petitioner,

v.                                                                    No. 19-cv-0992 KG/SMV

MARK BOWEN and ATTORNEY GENERAL
OF THE STATE OF NEW MEXICO,

    Respondents.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

THIS MATTER is before the Court sua sponte. By final judgment entered concurrently herewith, the Court dismissed this action with prejudice. The Court now determines that Petitioner has failed to make a substantial showing that he has been denied a constitutional right. Therefore, the Court will deny a certificate of appealability.

IT IS ORDERED, ADJUDGED, AND DECREED that no certificate of appealability be issued.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE